

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2014

No. 04-13-00370-CV

**IN RE** Rowland J**. MARTIN,** Individually and as
Administrator of the Estate of Johnnie Mae King

Original Mandamus Proceeding

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

This original proceeding was initiated in June 2013. This court dismissed the original petition for writ of mandamus for lack of jurisdiction on June 25, 2013.[1] The court then issued an order on July 23, 2013 denying relator's motion for rehearing and granting relator's request for leave to file an amended petition. In an opinion issued October 23, 2013, this court denied relator's amended petition for writ of mandamus which sought relief from several orders entered in four different cases pending in four different trial courts.[2] Relator again filed a motion for rehearing which was denied on November 21, 2013.

On August 26 and August 28, 2014, relator filed documents titled "Notice of Appeal" and "Corrected Notice of Appeal" styled with the cause number for this original proceeding. In these documents, relator indicates that he intends to appeal from orders entered in Cause No. 2010-CV-19099. Relator asserts that he should be allowed to "revive Case No. 04-13-00370-CV" and have the subject matter of a separate pending appeal consolidated into the subject matter in this

---

[1] The issues raised in the original petition for writ of mandamus arose out of Cause No. 2001-PC-1263, styled *In the Matter of the Estate of Johnnie Mae King, Deceased*, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer, presiding.

[2] The issues raised in the amended petition filed in October 2013 arose out of Cause No. 2001-PC-1263, styled *In the Matter of the Estate of Johnnie Mae King, Deceased*, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer, presiding; Cause No. 2003-TA1-02385, styled *State of Texas, County of Bexar, et al. v. Opal Gilliam, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery, presiding; Cause No. 2009-TA1-01454, styled *Bexar County, et al. v. Rowland J. Martin Jr., et al.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery, presiding; and Cause No. 2004-TA1-02802, styled *County of Bexar, et al. v. Opal Gilliam, et al.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery, presiding.

original proceeding.[3] The panel has considered the relator's request to revive this original proceeding and the request is DENIED.

On September 4, 2014, relator filed a separate "Motion to Reopen with Leave to File Second Amended Petition for Extraordinary Relief." In this motion, relator additionally requests leave to file an amended petition in this original proceeding. The panel has considered this motion and it is also DENIED.

To the extent that relator is seeking to file a new appeal of recently entered orders other than those orders complained of in the existing Appeal No. 04-14-00483-CV, relator must file notices of appeal in accordance with Tex. R. App. P. 25.1 without including the cause number for this original proceeding and without requesting any action with regard to his previously filed petitions for writ of mandamus, which have been fully and finally determined by this court.

It is so **ORDERED** on September 8th, 2014.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2014.

Keith E. Hottle
Clerk of Court

---

[3] Relator filed a notice of interlocutory appeal on July 8, 2014. The appeal has been assigned Appeal No. 04-14-00483-CV, styled *Rowland Martin Jr. v. Edward Bravenec and The Law Office of McKnight and Bravenec*, and is presently pending before this court.